# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-10903
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
May 30, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Gary Charles Moore,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:24-CR-21-1

————————————————————

Before Jolly, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Gary Charles Moore pleaded guilty to possession of a firearm after a felony conviction in violation of 18 U.S.C. § 922(g)(1). For the first time on appeal, he argues that § 922(g)(1) violates the Second Amendment as applied to him. The Government has filed an unopposed motion for summary affirmance or, alternatively, for an extension of time in which to file a brief.

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10903

The Government is correct that the sole issue on appeal is foreclosed on plain error review. *See United States v. Cisneros*, 130 F.4th 472, 477 (5th Cir. 2025). Because summary affirmance is appropriate here, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the district court's judgment is AFFIRMED.